IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRISA MOLINA LOPEZ, individually )
and as next of kin to the Decedent, Joel )
Pineda Muniz, and as natural mother and ) No. 3-14-0996
next friend of the minor child Renata )
Pineda Molina )
)
v. )
)
TAYES MASONRY, LLC; SHANNON )
TAYES d/b/a Tayes Masonry; and )
BEAVER ENGINEERING, INC. )

O R D E R

The motion to intervene on behalf of the State of Tennessee (Docket Entry No. 22) is GRANTED.

The Clerk is directed to enter the State of Tennessee as an intervening defendant in this action.

The Court assumes that the intervention will have no impact on the scheduling of the progression of this case and that the State of Tennessee has no reason to modify any deadlines provided in the orders entered June 3, 2014 (Docket Entry Nos. 17-18). If that assumption is incorrect, counsel for the parties shall notify the Court as soon as possible to schedule a telephone conference call to address what the impact of the intervention by the State may have on the progression of this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge